In the Matter of the Claim of FRANK GURAL, Appellant, v. KANDU CLEANING CORP., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

622

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.